DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA RODGERS,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO THE IMH ASSETS CORP. COLLATERALIZED ASSET-BACKED BONDS, SERIES 2002-2** and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO THE IMH ASSETS CORP. COLLATERALIZED ASSET-BACKED BONDS, SERIES 2003-11**

Appellees.

No. 4D18-1745

[November 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE14-019910.

Rachel M. Coe of Polaris Legal Group, Pompano Beach, for appellant.

Katherine M. Joffe and Brian K. Hole of Holland & Knight LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***